# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TYRONE LOVE

NO. 2024 KW 0198

**JUNE 05, 2024**

---

In Re:     On this court's *ex proprio motu* rehearing, Ascension
           Parish Court, Parish of Ascension, No. 615056.

---

**BEFORE:     McCLENDON, HESTER, AND MILLER, JJ.**

**REHEARING GRANTED. WRIT DENIED.** This court, *ex proprio motu*, grants a rehearing in the above-numbered matter and orders the May 20, 2024 ruling denying the writ application as premature, is hereby vacated. After reviewing the merits, the writ application is denied.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT